| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Julie F. Larsen** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1060 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Utah** <br> Case number:  **17–30998   KRA** | | Date case filed for chapter **7:  12/29/17** |

Official Form 309A (For Individuals or Joint Debtors) (12/15)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029 #85.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Julie F. Larsen | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11779 S Stone Ridge Ct <br> Riverton, UT 84065–7481 | |
| 4. | **Debtor's attorney** <br> Name and address | Robert Fugal <br> Bird & Fugal <br> 384 East 720 South <br> Suite 201 <br> Orem, UT 84058 | Contact phone (801) 426–4700 <br><br> Email: robfugal@birdfugal.com |
| 5. | **Bankruptcy trustee** <br> Name and address | George B. Hofmann tr IV <br> Cohne Kinghorn, P.C. <br> 111 East Broadway <br> 11th Floor <br> Salt Lake City, UT 84111 | Contact phone (801) 363–4300 <br><br> Email: trustee@cohnekinghorn.com |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **1**
Date Generated: 1/3/18                                                                                                                     **For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**January 30, 2018 at 9:30 am**<br><br>Location:<br>**405 South Main Street, Suite 250, Salt Lake City, UT 84111** |
| **8. Presumption of abuse** | The presumption of abuse does not arise.<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:**<br>**4/2/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Utah

In re:                                                              Case No. 17-30998-KRA
Julie F. Larsen                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2         User: fsl              Page 1 of 2           Date Rcvd: Jan 03, 2018
                             Form ID: 309A          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
```
db           Julie F. Larsen,    11779 S Stone Ridge Ct,    Riverton, UT 84065-7481
tr          +George B. Hofmann tr, IV,    Cohne Kinghorn, P.C.,    111 East Broadway,    11th Floor,
             Salt Lake City, UT 84111-5225
10863812     Andria Jensen,    143 S 200 W,    Saint George, UT 84770-3318
10863816     Bruce Jensen,    143 S 200 W,    Saint George, UT 84770-3318
10863821     Clarkson & Associates,    162 N 400 E Ste A-204,    Saint George, UT 84770-7137
10863822    +Client Services,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
10863823     CoMerica,   PO Box 790408,    Saint Louis, MO 63179-0408
10863824     Credence Resource Management LLC,     PO Box 2390,    Southgate, MI 48195-4390
10863826     Credit Control, LLC,    PO Box 31179,    Tampa, FL 33631-3179
10863825     Credit Control, LLC,    PO Box 546,    Hazelwood, MO 63042-0546
10863827     Credit Control, LLC,    PO Box 488,    Hazelwood, MO 63042-0488
10863828     Dave Dahl,   211 Perazul Cir,    Sacramento, CA 95835-2141
10863829     ERC,   PO Box 57610,    Jacksonville, FL 32241-7610
10863832     HSN/Comenity Capital Bank,    Bankruptcy Dept.,    PO Box 18304,    Columbus, OH 43218-0304
10863831     Hindon Burdick CPA,    63 S 300 E Ste 100,    Saint George, UT 84770-2948
10863834     JC Christensen and Assoc Inc,    PO Box 519,    Sauk Rapids, MN 56379-0519
10863835     Jeremy and Adrian Frehner,    1593 W Bloomington Dr S,    Saint George, UT 84790-7763
10863836     Karen Dahl,    211 Perazul Cir,    Sacramento, CA 95835-2141
10863837     Keith and Janece Knowles,    2882 S Ledgerock Cir,    Saint George, UT 84790-6288
10863842     Mercantile Adjustment Bureau,     PO Box 9055,    Williamsville, NY 14231-9055
10863843     Northland Group, Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
10863846    +Progressive Financial Services,     1919 W Fairmont Dr Ste 8,    Tempe, AZ 85282-3194
10863848     Schlesinger Arkwright & Garvy,     5845 Richmond Hwy Ste 415,    Alexandria, VA 22303-1872
10863849     Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
10863850    #UPS,   55 Glenlake Pkwy,    Atlanta, GA 30328-3474
10863852     Wells Fargo Bank,    PO Box 30806,    Los Angeles, CA 90030-0806
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: robfugal@birdfugal.com Jan 04 2018 01:33:45     Robert Fugal,    Bird & Fugal,
             384 East 720 South,    Suite 201,    Orem, UT 84058
tr          +EDI: FGBHOFMANN Jan 04 2018 01:13:00     George B. Hofmann tr, IV,    Cohne Kinghorn, P.C.,
             111 East Broadway,    11th Floor,    Salt Lake City, UT 84111-5225
10863813     EDI: CINGMIDLAND.COM Jan 04 2018 01:13:00      ATT,    PO Box 536216,    Atlanta, GA 30353-6216
10863810     EDI: ALLIANCEONE.COM Jan 04 2018 01:13:00      Alliance One,    4850 E Street Rd Ste 300,
             Trevose, PA 19053-6643
10863811     E-mail/Text: bankruptcynotices@amazon.com Jan 04 2018 01:35:01     Amazon Services,
             410 Terry Ave N,    Seattle, WA 98109-5210
10863814     EDI: BANKAMER.COM Jan 04 2018 01:13:00     Bank of America,     PO Box 982236,
             El Paso, TX 79998-2236
10863815     E-mail/Text: gary@beyondcreations.net Jan 04 2018 01:34:23     Beyond Creations,
             909 W Dove Ave,    McAllen, TX 78504-3502
10863817     E-mail/Text: cms-bk@cms-collect.com Jan 04 2018 01:34:14     Capital Management Services,
             698 1/2 S Ogden St,    Buffalo, NY 14206-2317
10863818     E-mail/Text: bmg.bankruptcy@centurylink.com Jan 04 2018 01:34:34     CenturyLink,
             PO Box 29040,    Phoenix, AZ 85038-9040
10863820     EDI: CHASE.COM Jan 04 2018 01:13:00     Chase Cardmember Services,     PO Box 15548,
             Wilmington, DE 19886-5548
10863819     EDI: CHASE.COM Jan 04 2018 01:13:00     Chase Cardmember Services,     PO Box 94014,
             Palatine, IL 60094-4014
10863830     EDI: FSAE.COM Jan 04 2018 01:13:00     Firstsource Advantage, LLC,    205 Bryant Woods S,
             Amherst, NY 14228-3609
10863833     EDI: IRS.COM Jan 04 2018 01:13:00     IRS,    Attn Bankruptcy,    PO Box 7346,
             Philadelphia, PA 19101-7346
10863838     EDI: CBSKOHLS.COM Jan 04 2018 01:13:00      Kohls,    PO Box 30510,    Los Angeles, CA 90030-0510
10863839     EDI: LTDFINANCIAL.COM Jan 04 2018 01:13:00      LTD Financial Services,
             7322 Southwest Fwy Ste 1600,    Houston, TX 77074-2134
10863840     EDI: TSYS2.COM Jan 04 2018 01:13:00     Macy's American Express,     Bankruptcy Processing,
             PO Box 8053,    Mason, OH 45040-8053
10863841     EDI: TSYS2.COM Jan 04 2018 01:13:00     Macy's Bankruptcy Processing,     PO Box 8053,
             Mason, OH 45040-8053
10863845     EDI: PRA.COM Jan 04 2018 01:13:00     Portfolio Recovery Associates,
             120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
10863847     E-mail/Text: Supportservices@receivablesperformance.com Jan 04 2018 01:35:12
             Receivables Performance Mgt, LLD,    PO Box 1548,    Lynnwood, WA 98046-1548
10863851    +EDI: UTAHTAXCOMM.COM Jan 04 2018 01:13:00      Utah State Tax Commission,    Attn Bankruptcy,
             1950 N W Unit 210,    SLC, UT 84134-0001
10863853     EDI: WFFC.COM Jan 04 2018 01:13:00     Wells Fargo Card Services, LA,     PO Box 30086,
             Los Angeles, CA 90030-0086
                                                                                              TOTAL: 21
```

```
District/off: 1088-2           User: fsl                   Page 2 of 2                   Date Rcvd: Jan 03, 2018
                               Form ID: 309A               Total Noticed: 46
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10863844      ##Oxygen Advertizing,    18270 N Highway 329,    Reddick, FL   32686-2246
                                                                                         TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2017 at the address(es) listed below:
              George B. Hofmann tr, IV    trustee@cohnekinghorn.com,
               dhaney@cohnekinghorn.com;UT16@ecfcbis.com;jthorsen@cohnekinghorn.com;gbh@trustesolutions.net
              Robert    Fugal    on behalf of Debtor Julie F. Larsen robfugal@birdfugal.com,
               G15887@notify.cincompass.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 3