**This order is SIGNED.**

Dated: February 2, 2018



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

ar

*Prepared and submitted by:*

George B. Hofmann (10005)
Patrick E. Johnson (10771)
**Cohne Kinghorn, PC**
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for George B. Hofmann,
Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| In re | Bankruptcy No. 17-30998 (KRA) |
|---|---|
| JULIE F. LARSEN, | Chapter 7 |
| Debtor. | |

**ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR NOTICE AND OBJECTION DEADLINES REGARDING MOTION FOR COURT AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND FOR APPROVAL OF PAYMENT OF AUCTIONEER'S COMMISSION**

The Court, having considered the Ex Parte Motion to Shorten Time for Notice and Objection Deadlines Regarding Trustee's Motion for Court Authority to Sell Real Property Free and Clear of Liens and for Approval of Payment of Auctioneer's

{00366634.DOCX / 2}    2

Commission, and it appearing that good cause exists to grant the relief sought in the Motion,

HEREBY ORDERS AS FOLLOWS:

1. The Motion is granted.

2. Any objections to the Trustee's Motion for Court Authority to Sell Real Property Free and Clear of Liens and for Approval of Payment of Auctioneer's Commission shall be due and must be filed with the Court by February 16, 2018 with copies of any such objections to be received by the Court and undersigned counsel for the Trustee by no later than February 16, 2018.

3. The hearing on the Trustee's Motion for Court Authority to Sell Real Property Free and Clear of Liens and for Approval of Payment of Auctioneer's Commission shall be held on February 20, 2018, at 2:00 p.m. (prevailing Mountain time), in Courtroom 376, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah 84101.

--- END OF ORDER ---

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR NOTICE AND OBJECTION DEADLINES REGARDING MOTION FOR COURT AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND FOR APPROVAL OF PAYMENT OF AUCTIONEER'S COMMISSION** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Robert Fugal**    robfugal@birdfugal.com, G15887@notify.cincompass.com
- **George B. Hofmann tr**    trustee@cohnekinghorn.com, dhaney@cohnekinghorn.com;UT16@ecfcbis.com;jthorsen@cohnekinghorn.com; gbh@trustesolutions.net
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

☐    None

☒    Manual Notice List:

Jon K. Barber, CAI
Soldnow, LLC d/b/a
Tranzon Driggers
101 E. Silver Springs Blvd.
Suite 304
Ocala, FL  34470

☐    All parties on the Court's official case matrix.


　　　　　　　　　　　　　　　　　　　　　/s/ Patrick E. Johnson

{00366634.DOCX / 2}

United States Bankruptcy Court
District of Utah

In re:  
Julie F. Larsen  
     Debtor

Case No. 17-30998-KRA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1088-2     User: mkz     Page 1 of 1     Date Rcvd: Feb 02, 2018  
                     Form ID: pdfor1     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.
db         Julie F. Larsen,    11779 S Stone Ridge Ct,    Riverton, UT  84065-7481
          +Jon K. Barber, CAI,    Soldnow, LLC d/b/a,    Tranzon Driggers,
           101 E. Silver Springs Blvd. Suite 304,    Ocala, FL 34470-6621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
          George B. Hofmann tr, IV    on behalf of Trustee George B. Hofmann tr, IV
           trustee@cohnekinghorn.com,
           dhaney@cohnekinghorn.com;UT16@ecfcbis.com;jthorsen@cohnekinghorn.com;gbh@trustesolutions.net
          George B. Hofmann tr, IV    trustee@cohnekinghorn.com,
           dhaney@cohnekinghorn.com;UT16@ecfcbis.com;jthorsen@cohnekinghorn.com;gbh@trustesolutions.net
          Patrick E Johnson    on behalf of Trustee George B. Hofmann tr, IV pjohnson@cohnekinghorn.com,
           jdannenmueller@cohnekinghorn.com
          Robert    Fugal    on behalf of Debtor Julie F. Larsen robfugal@birdfugal.com,
           G15887@notify.cincompass.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                                         TOTAL: 5