# NOTICE OF ASSETS AND DEADLINE TO FILE A PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

Honorable Kevin R. Anderson, U.S. Bankruptcy Judge

| CASE NUMBER: 17–30998    CHAPTER: 7 | DATE FILED (OR CONVERTED): 12/29/17 |
|---|---|
| NAME OF DEBTOR(S):<br>Julie F. Larsen, xxx–xx–1060 | ADDRESS OF DEBTOR:<br>11779 S Stone Ridge Ct<br>Riverton, UT 84065–7481 |
| DEBTOR'S ATTORNEY:<br>Robert Fugal<br>Bird & Fugal<br>384 East 720 South<br>Suite 201<br>Orem, UT 84058<br><br>(801) 426–4700 | TRUSTEE:<br>George B. Hofmann tr IV<br>Cohne Kinghorn, P.C.<br>111 East Broadway<br>11th Floor<br>Salt Lake City, UT 84111<br><br>(801) 363–4300 |

The Court has been advised by the Trustee in the above case that money may become available for payment to creditors.

If you have not already filed a claim in the above case and wish to do so, you should file your claim with the Court as soon as possible. The claim form enclosed in this mailing must be properly completed and must reach the address below on or before:

April 17, 2018

The place to file the proof of claim, either in person or by mail, is the Office of the Clerk of the Bankruptcy Court.

Clerk, U.S. Bankruptcy Court
Attn: Claims Department
350 South Main #301
Salt Lake City, UT 84101

## IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.

DATED: 2/6/18

FOR THE COURT
David A. Sime, Clerk

Form BLN

This page intentionally left blank

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Utah

Case number _____

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim) _____

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name _____ | Name _____ |
| Number    Street | Number    Street |
| City    State    ZIP Code | City    State    ZIP Code |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☐ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/___
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                            Proof of Claim                            page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ❏ No<br>❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. How much is the claim? | $_____. Does this amount include interest or other charges?<br>❏ No<br>❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>_____ |
| 9. Is all or part of the claim secured? | ❏ No<br>❏ Yes.   The claim is secured by a lien on property.<br>**Nature of property:**<br>❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>❏ Motor vehicle<br>❏ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                 $_____<br>**Amount of the claim that is secured:**     $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**     $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>❏ Fixed<br>❏ Variable |
| 10. Is this claim based on a lease? | ❏ No<br>❏ Yes. **Amount necessary to cure any default as of the date of the petition.**     $_____ |
| 11. Is this claim subject to a right of setoff? | ❏ No<br>❏ Yes. Identify the property: _____ |

Official Form 410                              **Proof of Claim**                              page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ No<br>❏ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| | ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❏ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❏ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

❏ I am the creditor.
❏ I am the creditor's attorney or authorized agent.
❏ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❏ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        _____
            First name        Middle name        Last name

Title       _____

Company     _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     _____
            Number        Street
            _____
            City                          State        ZIP Code

Contact phone  _____    Email  _____

```
                          United States Bankruptcy Court
                                 District of Utah

In re:                                                        Case No. 17-30998-KRA
Julie F. Larsen                                               Chapter 7
              Debtor
                              CERTIFICATE OF NOTICE
District/off: 1088-2        User: hofmanngb           Page 1 of 2          Date Rcvd: Feb 06, 2018
                            Form ID: bln              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
db             Julie F. Larsen,    11779 S Stone Ridge Ct,    Riverton, UT 84065-7481
aty           +Patrick E Johnson,    Cohne Kinghorn,    111 East Broadway,    Suite 1100,
                Salt Lake City, UT 84111-5233
10863812       Andria Jensen,    143 S 200 W,    Saint George, UT 84770-3318
10863816       Bruce Jensen,    143 S 200 W,    Saint George, UT 84770-3318
10863821       Clarkson & Associates,    162 N 400 E Ste A-204,    Saint George, UT 84770-7137
10863822      +Client Services,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
10863823       CoMerica,   PO Box 790408,    Saint Louis, MO 63179-0408
10863824       Credence Resource Management LLC,     PO Box 2390,   Southgate, MI 48195-4390
10863826       Credit Control, LLC,    PO Box 31179,    Tampa, FL 33631-3179
10863827       Credit Control, LLC,    PO Box 488,    Hazelwood, MO 63042-0488
10863825       Credit Control, LLC,    PO Box 546,    Hazelwood, MO 63042-0546
10863828       Dave Dahl,    211 Perazul Cir,    Sacramento, CA 95835-2141
10863829       ERC,   PO Box 57610,    Jacksonville, FL 32241-7610
10863832       HSN/Comenity Capital Bank,    Bankruptcy Dept.,    PO Box 18304,   Columbus, OH 43218-0304
10863831       Hindon Burdick CPA,    63 S 300 E Ste 100,    Saint George, UT 84770-2948
10863834       JC Christensen and Assoc Inc,    PO Box 519,    Sauk Rapids, MN 56379-0519
10863835       Jeremy and Adrian Frehner,    1593 W Bloomington Dr S,    Saint George, UT 84790-7763
10863836       Karen Dahl,    211 Perazul Cir,    Sacramento, CA 95835-2141
10863837       Keith and Janece Knowles,    2882 S Ledgerock Cir,    Saint George, UT 84790-6288
10863842       Mercantile Adjustment Bureau,    PO Box 9055,    Williamsville, NY 14231-9055
10863843       Northland Group, Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
10863846      +Progressive Financial Services,    1919 W Fairmont Dr Ste 8,    Tempe, AZ 85282-3194
10863848       Schlesinger Arkwright & Garvy,    5845 Richmond Hwy Ste 415,    Alexandria, VA 22303-1872
10863849       Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
10863850       UPS,   55 Glenlake Pkwy,    Atlanta, GA 30328-3474
10863852       Wells Fargo Bank,    PO Box 30806,    Los Angeles, CA 90030-0806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: robfugal@birdfugal.com Feb 07 2018 01:48:24      Robert Fugal,   Bird & Fugal,
                384 East 720 South,    Suite 201,    Orem, UT 84058
tr            +EDI: FGBHOFMANN Feb 07 2018 01:43:00      George B. Hofmann tr, IV,    Cohne Kinghorn, P.C.,
                111 East Broadway,    11th Floor,    Salt Lake City, UT 84111-5225
10863813       EDI: CINGMIDLAND.COM Feb 07 2018 01:43:00      ATT,   PO Box 536216,    Atlanta, GA 30353-6216
10863810       EDI: ALLIANCEONE.COM Feb 07 2018 01:43:00      Alliance One,    4850 E Street Rd Ste 300,
                Trevose, PA 19053-6643
10863811       E-mail/Text: bankruptcynotices@amazon.com Feb 07 2018 01:49:00      Amazon Services,
                410 Terry Ave N,    Seattle, WA 98109-5210
10863814       EDI: BANKAMER.COM Feb 07 2018 01:43:00      Bank of America,    PO Box 982236,
                El Paso, TX 79998-2236
10863815       E-mail/Text: gary@beyondcreations.net Feb 07 2018 01:48:38      Beyond Creations,
                909 W Dove Ave,    McAllen, TX 78504-3502
10863817       E-mail/Text: cms-bk@cms-collect.com Feb 07 2018 01:48:34      Capital Management Services,
                698 1/2 S Ogden St,    Buffalo, NY 14206-2317
10863818       E-mail/Text: bmg.bankruptcy@centurylink.com Feb 07 2018 01:48:43      CenturyLink,
                PO Box 29040,    Phoenix, AZ 85038-9040
10863820       EDI: CHASE.COM Feb 07 2018 01:43:00      Chase Cardmember Services,    PO Box 15548,
                Wilmington, DE 19886-5548
10863819       EDI: CHASE.COM Feb 07 2018 01:43:00      Chase Cardmember Services,    PO Box 94014,
                Palatine, IL 60094-4014
10863830       EDI: FSAE.COM Feb 07 2018 01:48:00      Firstsource Advantage, LLC,    205 Bryant Woods S,
                Amherst, NY 14228-3609
10863833       EDI: IRS.COM Feb 07 2018 01:43:00      IRS,   Attn Bankruptcy,    PO Box 7346,
                Philadelphia, PA 19101-7346
10863838       EDI: CBSKOHLS.COM Feb 07 2018 01:43:00      Kohls,   PO Box 30510,    Los Angeles, CA 90030-0510
10863839       EDI: LTDFINANCIAL.COM Feb 07 2018 01:43:00      LTD Financial Services,
                7322 Southwest Fwy Ste 1600,    Houston, TX 77074-2134
10863840       EDI: TSYS2.COM Feb 07 2018 01:43:00      Macy's American Express,    Bankruptcy Processing,
                PO Box 8053,    Mason, OH 45040-8053
10863841       EDI: TSYS2.COM Feb 07 2018 01:43:00      Macy's Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
10863845       EDI: PRA.COM Feb 07 2018 01:43:00      Portfolio Recovery Associates,
                120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
10863847       E-mail/Text: Supportservices@receivablesperformance.com Feb 07 2018 01:49:02
                Receivables Performance Mgt, LLD,    PO Box 1548,   Lynnwood, WA 98046-1548
10863850       E-mail/Text: bankruptcy@ups.com Feb 07 2018 01:49:16      UPS,   55 Glenlake Pkwy,
                Atlanta, GA 30328-3474
10863851      +EDI: UTAHTAXCOMM.COM Feb 07 2018 01:43:00      Utah State Tax Commission,    Attn Bankruptcy,
                1950 N W Unit 210,    SLC, UT 84134-0001
10863853       EDI: WFFC.COM Feb 07 2018 01:43:00      Wells Fargo Card Services, LA,    PO Box 30086,
                Los Angeles, CA 90030-0086
                                                                                              TOTAL: 22
```

```
District/off: 1088-2           User: hofmanngb             Page 2 of 2                   Date Rcvd: Feb 06, 2018
                               Form ID: bln                Total Noticed: 47
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
br              Jon K. Barber
r               Jon K. Barber
aty*           +George B. Hofmann tr, IV,    Cohne Kinghorn, P.C.,    111 East Broadway,    11th Floor,
                 Salt Lake City, UT 84111-5225
10863844       ##Oxygen Advertizing,    18270 N Highway 329,    Reddick, FL  32686-2246
                                                                                          TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0