**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Julie F. Larsen** | Social Security number or ITIN **xxx–xx–1060** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Utah**

Case number: **17–30998 KRA**       Chapter 7       Petition date: 12/29/17

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Julie F. Larsen

<u>4/4/18</u>

**By the court:** <u>Kevin R. Anderson</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                    District of Utah
In re:                                                                  Case No. 17-30998-KRA
Julie F. Larsen                                                         Chapter 7
           Debtor
                                   CERTIFICATE OF NOTICE
District/off: 1088-2           User: admin                  Page 1 of 2                  Date Rcvd: Apr 04, 2018
                               Form ID: 318                 Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db             Julie F. Larsen,    11779 S Stone Ridge Ct,    Riverton, UT 84065-7481
r             +Jon K. Barber,    Soldnow, LLC d/b/a Tranzon Driggers,    101 E. Silver Springs Blvd. Suite 304,
                Ocala, FL 34470-6621
10863812       Andria Jensen,    143 S 200 W,    Saint George, UT 84770-3318
10863816       Bruce Jensen,    143 S 200 W,    Saint George, UT 84770-3318
10863821       Clarkson & Associates,    162 N 400 E Ste A-204,    Saint George, UT 84770-7137
10863822      +Client Services,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
10863823       CoMerica,    PO Box 790408,    Saint Louis, MO 63179-0408
10863824       Credence Resource Management LLC,    PO Box 2390,    Southgate, MI 48195-4390
10863826       Credit Control, LLC,    PO Box 31179,    Tampa, FL 33631-3179
10863825       Credit Control, LLC,    PO Box 546,    Hazelwood, MO 63042-0546
10863827       Credit Control, LLC,    PO Box 488,    Hazelwood, MO 63042-0488
10863828       Dave Dahl,    211 Perazul Cir,    Sacramento, CA 95835-2141
10903558      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
10863829       ERC,    PO Box 57610,    Jacksonville, FL 32241-7610
10863832       HSN/Comenity Capital Bank,    Bankruptcy Dept.,    PO Box 18304,    Columbus, OH 43218-0304
10863831       Hindon Burdick CPA,    63 S 300 E Ste 100,    Saint George, UT 84770-2948
10863834       JC Christensen and Assoc Inc,    PO Box 519,    Sauk Rapids, MN 56379-0519
10863835       Jeremy and Adrian Frehner,    1593 W Bloomington Dr S,    Saint George, UT 84790-7763
10863836       Karen Dahl,    211 Perazul Cir,    Sacramento, CA 95835-2141
10863837       Keith and Janece Knowles,    2882 S Ledgerock Cir,    Saint George, UT 84790-6288
10863842       Mercantile Adjustment Bureau,    PO Box 9055,    Williamsville, NY 14231-9055
10863843       Northland Group, Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
10863846      +Progressive Financial Services,    1919 W Fairmont Dr Ste 8,    Tempe, AZ 85282-3194
10863848       Schlesinger Arkwright & Garvy,    5845 Richmond Hwy Ste 415,    Alexandria, VA 22303-1872
10863849       Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
10863852       Wells Fargo Bank,    PO Box 30806,    RETURNED MAIL--99999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10863813       EDI: CINGMIDLAND.COM Apr 05 2018 05:38:00      ATT,   PO Box 536216,    Atlanta, GA 30353-6216
10863810       EDI: ALLIANCEONE.COM Apr 05 2018 05:38:00      Alliance One,    4850 E Street Rd Ste 300,
                Trevose, PA 19053-6643
10863811       E-mail/Text: bankruptcynotices@amazon.com Apr 05 2018 02:11:37      Amazon Services,
                410 Terry Ave N,    Seattle, WA 98109-5210
10863814       EDI: BANKAMER.COM Apr 05 2018 05:38:00      Bank of America,    PO Box 982236,
                El Paso, TX 79998-2236
10863815       E-mail/Text: gary@beyondcreations.net Apr 05 2018 02:10:33      Beyond Creations,
                909 W Dove Ave,   McAllen, TX 78504-3502
10863817       E-mail/Text: cms-bk@cms-collect.com Apr 05 2018 02:10:20      Capital Management Services,
                698 1/2 S Ogden St,    Buffalo, NY 14206-2317
10935615       EDI: BL-BECKET.COM Apr 05 2018 05:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
10863818       E-mail/Text: bmg.bankruptcy@centurylink.com Apr 05 2018 02:10:51      CenturyLink,
                PO Box 29040,   Phoenix, AZ 85038-9040
10863820       EDI: CHASE.COM Apr 05 2018 05:38:00      Chase Cardmember Services,    PO Box 15548,
                Wilmington, DE 19886-5548
10863819       EDI: CHASE.COM Apr 05 2018 05:38:00      Chase Cardmember Services,    PO Box 94014,
                Palatine, IL 60094-4014
10863830       EDI: FSAE.COM Apr 05 2018 05:38:00      Firstsource Advantage, LLC,    205 Bryant Woods S,
                Amherst, NY 14228-3609
10863833       EDI: IRS.COM Apr 05 2018 05:38:00      IRS,   Attn Bankruptcy,    PO Box 7346,
                Philadelphia, PA 19101-7346
10863838       EDI: CBSKOHLS.COM Apr 05 2018 05:38:00      Kohls,   PO Box 30510,    Los Angeles, CA 90030-0510
10863839       EDI: LTDFINANCIAL.COM Apr 05 2018 05:38:00      LTD Financial Services,
                7322 Southwest Fwy Ste 1600,    Houston, TX 77074-2134
10863840       EDI: TSYS2.COM Apr 05 2018 05:38:00      Macy's American Express,    Bankruptcy Processing,
                PO Box 8053,   Mason, OH 45040-8053
10863841       EDI: TSYS2.COM Apr 05 2018 05:38:00      Macy's Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
10863845       EDI: PRA.COM Apr 05 2018 05:38:00      Portfolio Recovery Associates,
                120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
10938732       EDI: PRA.COM Apr 05 2018 05:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
10863847       E-mail/Text: Supportservices@receivablesperformance.com Apr 05 2018 02:11:48
                Receivables Performance Mgt, LLD,    PO Box 1548,    Lynnwood, WA 98046-1548
10863850       E-mail/Text: bankruptcy@ups.com Apr 05 2018 02:12:34      UPS,   55 Glenlake Pkwy,
                Atlanta, GA 30328-3474
10863851      +EDI: UTAHTAXCOMM.COM Apr 05 2018 05:38:00      Utah State Tax Commission,    Attn Bankruptcy,
                1950 N W Unit 210,    SLC, UT 84134-0001
10941934       EDI: WFFC.COM Apr 05 2018 05:38:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
10863853       EDI: WFFC.COM Apr 05 2018 05:38:00      Wells Fargo Card Services, LA,    PO Box 30086,
                Los Angeles, CA 90030-0086
```

```
District/off: 1088-2           User: admin              Page 2 of 2              Date Rcvd: Apr 04, 2018
                               Form ID: 318             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                              TOTAL: 23
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10863844      ##Oxygen Advertizing,    18270 N Highway 329,    Reddick, FL  32686-2246
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
```
              George B. Hofmann tr, IV    on behalf of Trustee George B. Hofmann tr, IV
               trustee@cohnekinghorn.com,
               dhaney@cohnekinghorn.com;UT16@ecfcbis.com;jthorsen@cohnekinghorn.com;gbh@trustesolutions.net
              George B. Hofmann tr, IV    trustee@cohnekinghorn.com,
               dhaney@cohnekinghorn.com;UT16@ecfcbis.com;jthorsen@cohnekinghorn.com;gbh@trustesolutions.net
              Patrick E Johnson    on behalf of Trustee George B. Hofmann tr, IV pjohnson@cohnekinghorn.com,
               jdannenmueller@cohnekinghorn.com
              Robert  Fugal    on behalf of Debtor Julie F. Larsen robfugal@birdfugal.com,
               G15887@notify.cincompass.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                              TOTAL: 5
```