George B. Hofmann (10005)
**Cohne Kinghorn, PC**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

George Hofmann, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re | Bankruptcy No. 17-30998 (KRA) |
|---|---|
| JULIE F. LARSEN, | Chapter 7 |
| Debtor. | |

**TRUSTEE'S REPORT OF SALE AT AUCTION**

George Hofmann, in his capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Julie F. Larsen (the "Debtor"), pursuant to Fed. R. Bankr. P. 6004(f)(1), hereby files his report of the auction sale conducted in this case of the estate's interest in real property described as Dogwood Drive Course, Ocala, Florida ("Dogwood Lot"). The Dogwood Lot was sold to Americruiter Inc.

The total proceeds of the auction sale were $4,501.00. Auctioneer's commission totaled $1,000.00. The net proceeds from the sale were $3,501.00. The sale of the Dogwood Lot was approved by an Order Approving Trustee's Motion for Court Authority to Sell Real Property Free and Clear of Liens and for Approval of Payment of Auctioneer's Commission, signed by Kevin R. Anderson on February 20, 2018.

DATED: November 30, 2018.

                                                                                       **COHNE KINGHORN, PC**

                                                                                      /s/ George B. Hofmann
                                                                                      George Hofmann,
                                                                                      Chapter 7 Trustee

{00414256.DOC /}

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I caused to be served a true and correct copy of the **TRUSTEE'S REPORT OF SALE AT AUCTION**, to the following:

**By Electronic Service to the Following through ECF notification:**

- Robert Fugal    robfugal@birdfugal.com, G15887@notify.cincompass.com
- George B. Hofmann    ghofmann@cohnekinghorn.com, dhaney@cohnekinghorn.com;mparks@cohnekinghorn.com
- George B. Hofmann tr    trustee@cohnekinghorn.com, dhaney@cohnekinghorn.com;mparks@cohnekinghorn.com;UT16@ecfcbis.com; gbh@trustesolutions.net
- Patrick E Johnson    pjohnson@cohnekinghorn.com, jdannenmueller@cohnekinghorn.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**and By U.S. Mail, first-class, postage prepaid to the following:**

United States Trustee
405 South Main St., Suite 300
Salt Lake City, UT 84111

Jon K. Barber
Soldnow, LLC d/b/a Tranzon Driggers
101 E. Silver Springs Blvd. Suite 304
Ocala, FL 34470

Robert Fugal
Bird & Fugal
384 East 720 South, Suite 201
Orem, UT 84058

Julie F. Larsen
11779 S Stone Ridge Ct
Riverton, UT 84065-7481

/s/ George B. Hofmann