**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**SALT LAKE CITY DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-30998 |
| | § | |
| JULIE F. LARSEN | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/29/2017. The undersigned trustee was appointed on 12/29/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of               $4,501.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $1,000.00 |
   | Bank service fees | $23.08 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $3,477.92 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/17/2018 and the deadline for filing government claims was 04/17/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,125.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $7.83, for total expenses of $7.83.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/19/2018          By:   /s/ George B. Hofmann
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 17-30998-KRA | Trustee Name: | George B. Hofmann |
|---|---|---|---|
| Case Name: | LARSEN, JULIE F. | Date Filed (f) or Converted (c): | 12/29/2017 (f) |
| For the Period Ending: | 11/19/2018 | §341(a) Meeting Date: | 01/30/2018 |
| | | Claims Bar Date: | 04/17/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Land vacant lot Ocala, FL - 34480 Marion County described as SEC 07 TWP 16 RGE 23, PLAT BOOK J PAGE 138, SILVER SPRINGS SHORES UNIT 17 BLK 286 LOT 10 | $4,000.00 | $3,501.00 | | $4,501.00 | FA |
| 2 beds & bedding, rugs, provisions, sewing machine | $400.00 | $0.00 | | $0.00 | FA |
| 3 coffee tables, end tables, lamps, hutch, stereo, dining set, couches & chairs, kitchenware, household tools, dressers, guitar | $600.00 | $0.00 | | $0.00 | FA |
| 4 dining set | $200.00 | $0.00 | | $0.00 | FA |
| 5 TVs, dvd players, stereo, phones, misc. | $100.00 | $0.00 | | $0.00 | FA |
| 6 4 Lladro pieces, and other art | $100.00 | $0.00 | | $0.00 | FA |
| 7 books, CDs, DVDs, | $100.00 | $0.00 | | $0.00 | FA |
| 8 family art and pictures | $50.00 | $0.00 | | $0.00 | FA |
| 9 Sports equipment | $50.00 | $0.00 | | $0.00 | FA |
| 10 apparel | $400.00 | $0.00 | | $0.00 | FA |
| 11 Wedding ring, other watches & jewelry | $800.00 | $0.00 | | $0.00 | FA |
| 12 2 dogs | $1.00 | $0.00 | | $0.00 | FA |
| 13 Cash | $10.00 | $10.00 | | $0.00 | FA |
| 14 Savings Account Golden West Credit Union savings | $25.00 | $25.00 | | $0.00 | FA |
| 15 Checking Account Goldenwest Credit Union, checking | $75.00 | $75.00 | | $0.00 | FA |
| 16 Squeaky Bow-tique, LLC dba Little Green Trike Shoe Company, out of business, insolvent 50.00 % | $0.00 | $0.00 | | $0.00 | FA |
| 17 Unpaid earnings, est. | $170.00 | $170.00 | | $0.00 | FA |
| 18 Possible claim of contribution v. Andria Jensen | $0.00 | $0.00 | | $0.00 | FA |
| 19 Computer, printer, preipherals, phone | $100.00 | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 17-30998-KRA | Trustee Name: | George B. Hofmann |
|---|---|---|---|
| Case Name: | LARSEN, JULIE F. | Date Filed (f) or Converted (c): | 12/29/2017 (f) |
| For the Period Ending: | 11/19/2018 | §341(a) Meeting Date: | 01/30/2018 |
| | | Claims Bar Date: | 04/17/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**

                              **Gross Value of Remaining Assets**

        $7,181.00         $3,781.00         $4,501.00         $0.00

**Major Activities affecting case closing:**

Sent email to E. Williams with Form 2 for estate tax returns

Rcvd 2017 tax returns, analyzed against 2016 tax returns, requested info on new LLC Nine O LLC, and missing 2017 Seq 13 worksheet for Schedule E of tax returns which lists LLC information

Sent email to Debtor's counsel re: outstanding tax returns and refunds

Rcvd payment of $3,501 from sale of vacant lot in Ocala, FL

Sent email to Debtor's counsel with Trustee's directives

In researching Debtor on Westlaw, Debtor uses a SSN under 528 not 529, no records under the 529 number, 528 matches addresses, etc.

Her middle name is Frost

Filed application and order to employ C/K

| **Initial Projected Date Of Final Report (TFR):** | 02/01/2019 | **Current Projected Date Of Final Report (TFR):** | /s/ GEORGE B. HOFMANN |
|---|---|---|---|
| | | | GEORGE B. HOFMANN |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No. | 17-30998-KRA | |
| Case Name: | LARSEN, JULIE F. | |
| Primary Taxpayer ID #: | **-***9685 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/29/2017 | |
| For Period Ending: | 11/19/2018 | |

| | | |
|---|---|---|
| Trustee Name: | George B. Hofmann | |
| Bank Name: | Independent Bank | |
| Checking Acct #: | ******0998 | |
| Account Title: | | |
| Blanket bond (per case limit): | $48,104,231.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/12/2018 | | Brick City Title Insurance Agency | Payment for vacant lot in Florida | * | $3,501.00 | | $3,501.00 |
| | {1} | | Contract Sales Price $4,501.00 | 1110-000 | | | $3,501.00 |
| | | | $(1,000.00) | 2500-000 | | | $3,501.00 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.51 | $3,498.49 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $5.19 | $3,493.30 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $5.02 | $3,488.28 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $5.18 | $3,483.10 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $0.83 | $3,482.27 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($0.83) | $3,483.10 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $60.95 | $3,422.15 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($60.95) | $3,483.10 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $5.18 | $3,477.92 |
| | | | **TOTALS:** | | $3,501.00 | $23.08 | $3,477.92 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,501.00 | $23.08 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $3,501.00 | $23.08 | |

| For the period of 12/29/2017 to 11/19/2018 | | For the entire history of the account between 04/11/2018 to 11/19/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,501.00 | Total Compensable Receipts: | $4,501.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,501.00 | Total Comp/Non Comp Receipts: | $4,501.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,023.08 | Total Compensable Disbursements: | $1,023.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,023.08 | Total Comp/Non Comp Disbursements: | $1,023.08 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No. | 17-30998-KRA | Trustee Name: | George B. Hofmann |
| Case Name: | LARSEN, JULIE F. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9685 | Checking Acct #: | ******0998 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 12/29/2017 | Blanket bond (per case limit): | $48,104,231.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $3,501.00 | $23.08 | $3,477.92 |

**For the period of 12/29/2017 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,501.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,501.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,023.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,023.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/29/2017 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,501.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,501.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,023.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,023.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GEORGE B. HOFMANN

GEORGE B. HOFMANN

CLAIM ANALYSIS REPORT

Page No: 1     Exhibit C

| Case No. | 17-30998-KRA | | Trustee Name: | George B. Hofmann |
| Case Name: | LARSEN, JULIE F. | | Date: | 11/19/2018 |
| Claims Bar Date: | 04/17/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CAPITAL ONE, N.A.<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 03/26/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,830.50 | $1,830.50 | $1,830.50 | $0.00 | $0.00 | $0.00 | $1,830.50 |
| CKFee | COHNE KINGHORN PC<br><br>111 East Broadway 11th Floor<br>Salt Lake City UT 84111 | 08/02/2018 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,174.40 | $2,174.40 | $2,174.40 | $0.00 | $0.00 | $0.00 | $2,174.40 |
| CKCST | COHNE KINGHORN PC<br><br>111 East Broadway 11th Floor<br>Salt Lake City UT 84111 | 08/02/2018 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $259.40 | $259.40 | $259.40 | $0.00 | $0.00 | $0.00 | $259.40 |
| 2 | DEPARTMENT STORES NATIONAL BANK<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls SD 57117 | 02/21/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $859.61 | $859.61 | $859.61 | $0.00 | $0.00 | $0.00 | $859.61 |

Claim Notes:    (2-1) Money Loaned

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | DEPARTMENT STORES NATIONAL BANK<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls SD 57117 | 03/19/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $295.42 | $371.19 | $371.19 | $0.00 | $0.00 | $0.00 | $371.19 |

Claim Notes:    (4-1) Money Loaned

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GEORGE B. HOFMANN<br>111 E. Broadway<br>11th Floor<br>Salt Lake City UT 84111 | 06/08/2018 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $7.83 | $7.83 | $0.00 | $0.00 | $0.00 | $7.83 |
| | GEORGE B. HOFMANN<br>111 E. Broadway<br>11th Floor<br>Salt Lake City UT 84111 | 06/08/2018 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,125.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**CLAIM ANALYSIS REPORT**

| Case No. | 17-30998-KRA | | | Trustee Name: | George B. Hofmann |
| Case Name: | LARSEN, JULIE F. | | | Date: | 11/19/2018 |
| Claims Bar Date: | 04/17/2018 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | GIL A. MILLER - ROCKY MOUNTAIN ADV  215 S. State Street, Suite 550 Salt Lake City UT 84111 | 11/12/2018 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $1,481.50 | $1,481.50 | $1,481.50 | $0.00 | $0.00 | $0.00 | $1,481.50 |
|  | GIL A. MILLER - ROCKY MOUNTAIN ADV  215 S. State Street, Suite 550 Salt Lake City UT 84111 | 11/12/2018 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $13.20 | $13.20 | $13.20 | $0.00 | $0.00 | $0.00 | $13.20 |
| 1 | IRS  Attn Bankruptcy PO Box 7346 Philadelphia PA 19101-7346 | 02/14/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,620.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JEREMY AND ADRIAN FREHNER 1593 W Bloomington Dr S Saint George UT 84790-7763 | 02/23/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $100,000.00 | $121,147.88 | $121,147.88 | $0.00 | $0.00 | $0.00 | $121,147.88 |

**Claim Notes:** (3-1) A personal loan to Debtor which is mislabeled as a business debt in this case

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | LONE PEAK HOSPITAL  Resurgent Capital Services PO Box 1927 Greenville SC 29602 | 04/17/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $118.90 | $118.90 | $0.00 | $0.00 | $0.00 | $118.90 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 Norfolk VA 23541 | 03/28/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $380.40 | $380.40 | $0.00 | $0.00 | $0.00 | $380.40 |
| 7 | WELLS FARGO BANK, N.A. Wells Fargo Card Services PO Box 10438, MAC F8235-02F Des Moines IA 50306-0438 | 03/30/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,448.78 | $3,766.12 | $3,766.12 | $0.00 | $0.00 | $0.00 | $3,766.12 |
|  |  |  |  |  |  | $133,536.18 | $132,410.93 | $0.00 | $0.00 | $0.00 | | $132,410.93 |

| **Case No.** | 17-30998-KRA | **Trustee Name:** | George B. Hofmann |
| --- | --- | --- | --- |
| **Case Name:** | LARSEN, JULIE F. | **Date:** | 11/19/2018 |
| **Claims Bar Date:** | 04/17/2018 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Accountant for Trustee Expenses (Other Firm) | $13.20 | $13.20 | $0.00 | $0.00 | $0.00 | $13.20 |
| Accountant for Trustee Fees (Other Firm) | $1,481.50 | $1,481.50 | $0.00 | $0.00 | $0.00 | $1,481.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $259.40 | $259.40 | $0.00 | $0.00 | $0.00 | $259.40 |
| Attorney for Trustee Fees (Trustee Firm) | $2,174.40 | $2,174.40 | $0.00 | $0.00 | $0.00 | $2,174.40 |
| General Unsecured § 726(a)(2) | $128,474.60 | $128,474.60 | $0.00 | $0.00 | $0.00 | $128,474.60 |
| Trustee Compensation | $1,125.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Expenses | $7.83 | $7.83 | $0.00 | $0.00 | $0.00 | $7.83 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      17-30998
Case Name:     JULIE F. LARSEN
Trustee Name:  George B. Hofmann

Balance on hand:     $3,477.92

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $3,477.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| George B. Hofmann, Trustee Expenses | $7.83 | $0.00 | $7.83 |
| Cohne Kinghorn PC, Attorney for Trustee Fees | $2,174.40 | $0.00 | $1,200.00 |
| Cohne Kinghorn PC, Attorney for Trustee Expenses | $259.40 | $0.00 | $259.40 |
| Gil A. Miller - Rocky Mountain Adv, Accountant for Trustee Fees | $1,481.50 | $0.00 | $1,200.00 |
| Gil A. Miller - Rocky Mountain Adv, Accountant for Trustee Expenses | $13.20 | $0.00 | $13.20 |

Total to be paid for chapter 7 administrative expenses:     $2,680.43
Remaining balance:     $797.49

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $797.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $797.49 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $128,474.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | IRS | $0.00 | $0.00 | $0.00 |
| 2 | Department Stores National Bank | $859.61 | $0.00 | $5.34 |
| 3 | Jeremy and Adrian Frehner | $121,147.88 | $0.00 | $752.01 |
| 4 | Department Stores National Bank | $371.19 | $0.00 | $2.30 |
| 5 | Capital One, N.A. | $1,830.50 | $0.00 | $11.36 |
| 6 | Portfolio Recovery Associates, LLC | $380.40 | $0.00 | $2.36 |
| 7 | Wells Fargo Bank, N.A. | $3,766.12 | $0.00 | $23.38 |
| 8 | Lone Peak Hospital | $118.90 | $0.00 | $0.74 |

| | Total to be paid to timely general unsecured claims: | $797.49 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**