UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
SALT LAKE CITY DIVISION

| In re: | § | Case No. 17-30998 |
|---|---|---|
| | § | |
| JULIE F. LARSEN. | § | |
| | § | |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that George B. Hofmann, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

350 South Main Street, Suite 301
Salt Lake City, UT 84101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection with the United States Bankruptcy Court at the above address no later December 31, 2018, serve a copy of the objection upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held on January 7, 2019, at 2:00 p.m. in Courtroom 376, United States Courthouse, 350 South Main Street, Suite 301, Salt Lake City, UT 84101. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/05/2018          By: /s/ George B. Hofmann
                                          Trustee

George B. Hofmann
111 E. Broadway
11th Floor
Salt Lake City, UT 84111
trustee@cohnekinghorn.com
Phone: (801) 415-0152
Fax: (801) 363-4378

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**SALT LAKE CITY DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-30998 |
| | § | |
| JULIE F. LARSEN | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,501.00
*and approved disbursements of* $1,023.08
*leaving a balance on hand of[1]:* $3,477.92

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,477.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| George B. Hofmann, Trustee Expenses | $7.83 | $0.00 | $7.83 |
| Cohne Kinghorn PC, Attorney for Trustee Fees | $2,174.40 | $0.00 | $1,200.00 |
| Cohne Kinghorn PC, Attorney for Trustee Expenses | $259.40 | $0.00 | $259.40 |
| Gil A. Miller - Rocky Mountain Adv, Accountant for Trustee Fees | $1,481.50 | $0.00 | $1,200.00 |
| Gil A. Miller - Rocky Mountain Adv, Accountant for Trustee Expenses | $13.20 | $0.00 | $13.20 |

Total to be paid for chapter 7 administrative expenses: $2,680.43
Remaining balance: $797.49

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

        Total to be paid to prior chapter administrative expenses:    $0.00
        Remaining balance:    $797.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

        Total to be paid to priority claims:    $0.00
        Remaining balance:    $797.49

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $128,474.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | IRS | $0.00 | $0.00 | $0.00 |
| 2 | Department Stores National Bank | $859.61 | $0.00 | $5.34 |
| 3 | Jeremy and Adrian Frehner | $121,147.88 | $0.00 | $752.01 |
| 4 | Department Stores National Bank | $371.19 | $0.00 | $2.30 |
| 5 | Capital One, N.A. | $1,830.50 | $0.00 | $11.36 |
| 6 | Portfolio Recovery Associates, LLC | $380.40 | $0.00 | $2.36 |
| 7 | Wells Fargo Bank, N.A. | $3,766.12 | $0.00 | $23.38 |
| 8 | Lone Peak Hospital | $118.90 | $0.00 | $0.74 |

        Total to be paid to timely general unsecured claims:    $797.49
        Remaining balance:    $0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ George B. Hofmann
                              Trustee

George B. Hofmann
111 E. Broadway
11th Floor
Salt Lake City, UT 84111
trustee@cohnekinghorn.com
Phone: (801) 363-4300
Fax: (801) 363-4378

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**